IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 17 P 3: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| SYLVIA WINGARD as the Administrator of the Estate of GEORGE WINGARD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO: 2:06CV254-D |
| PFIZER INC., a Delaware Corporation; PHARMACIA CORPORATION, a Delaware Corporation; MONSANTO, COMPANY, a Delaware Corporation; G.D. SEARLE, LLC., a Delaware Corporation; ALEX DUMOULIN, JR and fictitious Defendants A, B, C and D being those persons, firms or corporations whose actions, inactions, fraudulent suppression, fraud, scheme to defraud and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants Pfizer Inc., Pharmacia

Corporation, and G.D. Searle LLC (improperly captioned in Plaintiff's Complaint as "G.D. Searle, LLC"), submit this Corporate Disclosure Statement, and state:

1. Pfizer, Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer, Inc.'s stock.

2. Pharmacia Corporation is a wholly-owned subsidiary of Pfizer, Inc. Defendant Monsanto Company, as an entity relevant to this action, changed its name to Pharmacia Corporation in 2000, the same entity herein described.

3. G.D. Searle LLC is a wholly-owned third tier subsidiary of Pharmacia Corporation.

Dated this 17th day of March, 2006.

Respectfully submitted,

Lawrence B. Clark
Jason Asbell

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile (205) 322-8007

2

## Certificate of Service

     I hereby certify that on March 17, 2006, a copy of the foregoing was served upon all counsel of record by placing a copy of same in the United States Mail, postage prepaid:

Mr. Jere L. Beasley
Mr. Andy D. Birchfield, Jr.
Mr. Navan Ward, Jr.
Mr. Paul Sizemore
Mr. Gerald B. Taylor, Jr.
BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

                                      /s/ _____
                                      Of Counsel