IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVIA WINGARD, as Administrator of the Estate of GEORGE WINGARD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACT. NO. 2:06cv254-ID ) ) |
| PFIZER, INC., a Delaware Corp., et al., | ) ) |
| Defendant. | ) |

## ORDER

Upon CONSIDERATION of Defendants' motion for stay of all proceedings pending transfer to multidistrict litigation proceeding, filed March 23, 2006 (Doc. No. 5), it is ORDERED that Plaintiff show cause, if any there be, on or before April 10, 2006, why said motion should not be granted.

Done this 27th day of March, 2006.

                                              /s/ Ira DeMent
                                              SENIOR UNITED STATES DISTRICT JUDGE