A CERTIFIED TRUE COPY

MAY 18 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

MAY - 2 2006

2006 JUN -2 A 10: 12

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 C143

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

FILED
MAY 25 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONDITIONAL TRANSFER ORDER (CTO-23)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 651 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 18 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

R.C. 5/26/06

# SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 06-254 | Sylvia Wingard, etc. v. Pfizer Inc., et al. | |
| **ALABAMA NORTHERN** | | |
| ~~ALN 1 06-703~~ | ~~Dr. Gene N. Gordon v. G.D. Searle, LLC, et al.~~ | Opposed 5/18/06 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-745 | Bhupinder Dosanjh, et al. v. Pfizer Inc., et al. | |
| **FLORIDA MIDDLE** | | |
| FLM 3 05-1231 | Marsha S. Taylor, etc. v. Pfizer Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-307 | James Reynolds v. Pfizer Inc., et al. | |
| **LOUISIANA EASTERN** | | |
| LAE 2 06-1798 | Debra Randle, et al. v. Pfizer Inc. | |
| LAE 2 06-1832 | Pratap Puri v. Pfizer Inc. | |
| **LOUISIANA WESTERN** | | |
| LAW 2 06-575 | Angela Authement, et al. v. Pfizer Inc. | |
| LAW 5 06-505 | Richard L. Thornsberry v. Pfizer Inc. | |
| LAW 5 06-619 | Harold Johnston, Sr., et al. v. Pfizer Inc. | |
| LAW 6 06-543 | James I. Fontenot, et al. v. Pfizer Inc. | |
| **MICHIGAN EASTERN** | | |
| MIE 1 06-11714 | Edward Earl Thomas v. Pfizer Inc., et al. | |
| **MINNESOTA** | | |
| MN 0 06-1296 | Gilbert Pyles v. Pfizer Inc. | |
| MN 0 06-1315 | Juanita Bingamon v. Pfizer Inc. | |
| MN 0 06-1316 | Clarence Hale v. Pfizer Inc. | |
| MN 0 06-1326 | Richard Brown, et al. v. Pfizer Inc. | |
| MN 0 06-1390 | Gloria J. McKissack, et al. v. Pfizer Inc., et al. | |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 06-515~~ | ~~D. Woodrow Van Dancer v. Monsanto Co., et al.~~ | Opposed 5/12/06 |
| **MISSOURI WESTERN** | | |
| MOW 2 06-4068 | Sharon Clark, etc. v. G.D. Searle & Co., et al. | |
| MOW 4 06-277 | Joyce Peoples, etc. v. G.D. Searle & Co., et al. | |
| **NEW YORK EASTERN** | | |
| NYE 1 06-1479 | Carolyn Brown v. Pfizer Inc. | |
| NYE 1 06-1480 | Bonnie Martindale v. Pfizer Inc. | |
| NYE 1 06-1483 | Wayne Gunnison v. Pfizer Inc. | |
| NYE 1 06-1485 | Dawn Adrian v. Pfizer Inc. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-2616 | Jessie Folsom, etc. v. Pfizer Inc. | |
| NYS 1 06-2617 | Brian L. Jeralds v. Pfizer Inc. | |

SCHEDULE CTO-23 - TAG-ALONG ACTIONS  MDL-1699                                    Page 2 of 2

**DIST. DIV. C.A. #**              **CASE CAPTION**

SOUTH CAROLINA
    SC  1  06-1148              Faye Cochran, etc. v. G.D. Searle, LLC, et al.
    SC  2  06-1151              Herbert F. Gorham, etc. v. G.D. Searle, LLC, et al.

TENNESSEE WESTERN
    TNW  2  06-2192           Estate of Clarence King, et al. v. Pfizer Inc.
    TNW  2  06-2193           Estate of Virginia Grace Miller, et al. v. Pfizer Inc.

TEXAS EASTERN
    TXE  1  06-198             J.D. Burnett, Sr., et al. v. Pfizer Inc., et al.
    TXE  9  06-68              Vandell Langham v. Pfizer Inc., et al.

TEXAS SOUTHERN
    TXS  4  06-853             Hollis M. Hall, et al. v. Pfizer Inc., et al.
    TXS  6  06-35              Evelyene Douglas v. Pfizer Inc., et al.

TEXAS WESTERN
    TXW  1  06-268             Amelia Orduno, et al. v. Pfizer Inc.

UTAH
    UT  2  06-279              Patsey Sorensen v. Pfizer Inc., et al.