**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 2, 2006

# NOTICE OF MDL TRANSFER

```
Richard W. Wieking
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  In Re: MDL 05-1699 In re Bextra and Celebrex Marketing
     Sales Practices and Products Liability Litigation
     Sylvia Wingard et al v. Pfizer, Inc. Et al
     ALMD-2:06cv254

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 05/02/06 and filed with your
court on 05/25/06. As requested in your e-mail, the case is being
transferred electronically.  The following documents are being
sent in PDF format to the email address provided in your request:
Original record and a certified copy of the docket entries.
```

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE Northern District of California.**